PROB 12C
(7/93)

Report Date: February 27, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 3 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victoria Tulee            Case Number: 0980 1:14CR02018-001

Address of Offender [REDACTED] Toppenish, Washington 98948

Name of Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 11, 2010

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Possess With Intent to Distribute, and Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(B), and 846 |
| | Ct. 2: Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 60 months TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: | November 15, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 14, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

> **Supporting Evidence**: Ms. Tulee failed to report to the U.S. Probation office as directed by her probation officer on February 20, and 25, 2014.
>
> On February 19, 2014, a home visit was conducted at the defendant's residence. This officer met with Ms. Tulee's mother who advised the defendant was at the local casino. A message was left for Ms. Tulee instructing her to report the following day to my office by 10 a.m. Ms. Tulee's mother assured she would give the defendant the message. Ms. Tulee failed to report as directed. On February 24, 2014, this officer spoke with Ms. Tulee and directed her to report to my office by 2 p.m. the following day. Ms. Tulee again failed to report as directed.

Prob12C
**Re: Tulee, Victoria**
**February 27, 2014**
**Page 2**

2     **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Ms. Tulee has failed to sign a release of information to allow her supervising officer to contact her drug alcohol treatment provider, the Yakama Indian Nation Drug and Alcohol program.

    On February 25, 2014, this officer called the Yakama Indian Nation Drug and Alcohol program in an effort to confirm the defendant enrolled in substance abuse treatment. Staff from this agency could not confirm or deny services are being provided as the staff did not see a release of confidential information.

3     **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Ms. Tulee has failed to submit to random urinalysis testing at Merit Resource Services on January 22, February 6, and 18, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

         I declare under penalty of perjury that the foregoing is true and correct.

     Executed on:    February 27, 2014

             s/Jose Zepeda

             Jose Zepeda
             U.S. Probation Officer

---

THE COURT ORDERS
[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

             Signature of Judicial Officer

             3/3/14
             Date