PROB 12C
(7/93)

Report Date: September 19, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Victoria Tulee | Case Number: 0980 1:14CR02018-LRS-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 11, 2010

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Possess With Intent to Distribute, and Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(B), and 846 |
| | Ct. 2: Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison 60 months  TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Mary Dimke |
| | Date Supervision Commenced: November 15, 2013 |
| Defense Attorney: | Alex B. Hernandez |
| | Date Supervision Expires: November 14, 2017 |

---

### PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 27, 2014.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Ms. Tulee failed to participate in drug and alcohol treatment at Merit Resource Services on September 9, 10, 11, 15, and 17, 2014. |
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Tulee, Victoria
September 19, 2014
Page 2

**Supporting Evidence**: Ms. Tulee failed to submit to a random urinalysis testing on September 16, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

9/19/14
Date