PROB 12C
(7/93)

Report Date: April 2, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 03 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Victoria Maureen Tulee          Case Number: 0980 1:14CR02018-LRS-1

Address of Offender: ███████████ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 11, 2010

Original Offense:     Conspiracy to Possess With Intent to Distribute, and Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1),(b)(1)(B), and 846
Possession With Intent to Distribute Methamphetamine,
21 U.S.C. § 841(a)(1) and (b)(1)(B)

Original Sentence:    Prison - 60 months                Type of Supervision: Supervised Release
TSR - 48 months

Asst. U.S. Attorney:  Mary Dimke                   Date Supervision Commenced: March 19, 2015

Defense Attorney:     Alex B. Hernandez            Date Supervision Expires: October 18, 2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                        **Supporting Evidence**: Ms. Tulee failed to submit to a random urinalysis test as instructed by her probation officer on March 20, 2015.

                        Ms. Tulee reported to the U.S. Probation Office to complete an intake on March 20, 2015. She was instructed to submit to urinalysis testing.  Ms. Tulee stated she could not produce at the time but could return to the office that same afternoon.  In the afternoon of March 20, 2015, Ms. Tulee called and reported she could not return to Yakima to provide the sample but could go to Merit Resource Services (Merit) and provide a specimen there.  According to Merit staff, Ms. Tulee was at their office for over an hour and was unable to produce a specimen.

2   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Tulee tested positive for amphetamines on March 26, 2015.

On March 26, 2015, Ms. Tulee submitted a urine specimen which tested presumptive positive for amphetamines. Ms. Tulee was confronted regarding the positive drug test to which she adamantly denied the use of an illegal substance. On April 1, 2015, the U.S. Probation Office received confirmation from Alere Toxicology Services confirming a positive drug test result for the presence of amphetamines.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 2, 2015

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/3/15
Date